No. 306, Misc. KENDRICK v. MANNING, SUPERINTENDENT, SOUTH CAROLINA PENITENTIARY;

No. 335, Misc. EX PARTE HIGHTOWER;

No. 596, Misc. COLLINS v. RAGEN, WARDEN;

No. 617, Misc. FARRIS ET AL. v. HEINZE, WARDEN, ET AL.;

No. 650, Misc. TAYLOR v. UNITED STATES;

No. 657, Misc. TABOR v. HARDWICK, WARDEN;

No. 664, Misc. HAMILTON v. UFFELMAN, SUPERINTENDENT, ILLINOIS STATE SECURITY HOSPITAL;

No. 665, Misc. HOWELL v. LOONEY, WARDEN;

No. 669, Misc. NEWSTEAD v. BAYNES;

No. 674, Misc. KELLEY v. VIRGINIA ET AL.;

No. 675, Misc. WELLENS v. CALIFORNIA;

No. 680, Misc. EX PARTE JACKSON; and

No. 682, Misc. HILDERBRAND v. STEELE, WARDEN. The motions for leave to file petitions for writs of habeas corpus are denied. Petitioners *pro se*. *T. C. Callison,* Attorney General of South Carolina, and *William A. Dallis,* Assistant Attorney General, for respondent in No. 306, Misc.

No. 638, Misc. IN RE HOWLERY. The application is denied.

No. 659, Misc. DANKER v. STARR, U. S. DISTRICT JUDGE;

No. 670, Misc. EX PARTE LIPSCOMB; and

No. 683, Misc. LANCASTER v. KENT, U. S. DISTRICT JUDGE. The motions for leave to file petitions for writs of mandamus are denied.